[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-15132
Non-Argument Calendar

_____

D.C. Docket No. 3:15-cr-00007-RV-CJK-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JIMMIE A. MCCORVEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(July 31, 2017)

Before HULL, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Ronald W. Johnson, appointed counsel for Jimmie McCorvey in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McCorvey's conviction and sentence are **AFFIRMED**.